UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBRA MANDL,

Plaintiff,

-v-

STEIN ADLER DABAH &
ZELKOWITZ LLP, *et al.*,

Defendants.

24-CV-3503 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Plaintiff Debra Mandl brings this action against Defendants Stein Adler Dabah &
Zelkowitz LLP, Adam Stein, Jonathan Adler, Michael Dabah, and Joshua Zelkowitz alleging
discrimination and retaliation during her employment with Defendants.  On July 8, 2024,
Defendants moved to dismiss counts IV and VI of Mandl's original complaint, which included
Mandl's claims under the New York Equal Pay Act (NYEPA) and the Family Medical Leave
Act (FMLA).  (ECF Nos. 21-22.)  Defendants did not move to dismiss Mandl's remaining
claims.  (ECF No. 22 at 5.)

On August 13, 2024, Mandl filed an amended complaint in which she did not allege
claims under NYEPA or the FMLA.  (ECF No. 29.)  Because Mandl no longer alleges the claims
at issue in Defendants' motion to dismiss, the Court denies the motion as moot.

The Clerk of Court is directed to close the motion at Docket Number 21.

SO ORDERED.

Dated: October 10, 2024
       New York, New York

_____
                J. PAUL OETKEN
          United States District Judge