**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

DEBRA MANDL,

*Plaintiff,*

v.

STEIN ADLER DABAH & ZELKOWITZ LLP, ADAM STEIN, JONATHAN ADLER, MICHAEL DABAH, and JOSHUA ZELKOWITZ,

*Defendants.*

---------------------------------------------------------------------x

**24-CV-3503**

**STIPULATION OF VOLUNTARY DISMISSAL**

It is hereby stipulated and agreed by and between Plaintiff Debra Mandl and Defendants Stein Adler Dabah & Zelkowitz LLP, Adam Stein, Jonathan Adler, Michael Dabah, and Joshua Zelkowitz, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action, including all claims that were asserted herein, is hereby dismissed with prejudice, the parties to bear their own costs and attorney's fees.

By: Tiffany Ma

Date: 11/20/2024

Tiffany Ma
Young & Ma LLP
445 Park Avenue, 9th Floor
New York, NY 10022
Telephone: 646-379-7703

*Attorney for Plaintiff*

By: Noah H. Bunzl/MKS

Date: 11/20/2024

Noah H. Bunzl, Esq.
Paduano & Weintraub LLP
1251 Avenue of the Americas, 9th Fl.
New York, New York 10020
(212) 554-3325

*Attorneys for Defendants*